SAVVIER, L.P., William Suiter and Newmac International, Inc., Plaintiffs–Appellants,

v.

E&B EXERCISE LLC (doing business as Sports & Leisure Technology) and E&B Giftware LLC (doing business as Sports & Leisure Technology), Defendants–Appellees.

No. 2006–1255.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2006.

MAYER, RADER, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

In re: Martin GLEAVE and Hideaki Miyake.

No. 2006–1365.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2006.

MAYER, RADER, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.